# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Grayson-Bey

*Plaintiff,*

v.

Southfield Police Dept.

*Defendant.*

Civil Action No. 19-13588

Hon. Nancy G. Edmonds

## SUMMONS IN A CIVIL ACTION

To: South Field Police Dept

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grayson-Bey
18992 Westbrook
48219 Detroit, MI

FILED USDC - CLRK DET
2020 JAN 7 AM 10:50

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By: _____
Signature of Clerk or Deputy Clerk

Date of Issuance: JAN - 7 2020



# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Grayson-Bey,

        *Plaintiff,*

v.

Southfield Police Department, et al,

        *Defendant.*

Civil Action No. 19-13588

Hon. Nancy G. Edmunds

## SUMMONS IN A CIVIL ACTION

To: Officer Fox

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grayson-Bey
18992 Westbrook
Detroit, MI 48219

FILED USDC - CLRK DET
2020 JAN 7 AM10:51

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By: _____
Signature of Clerk or Deputy Clerk

Date of Issuance: JAN - 7 2020



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Grayson-Bey

)
)
)
) Civil Action No. 19-13588
)
)
)
) Hon. Nancy G. Edmunds
)
)

*Plaintiff,*

v.

Southfield Police Dept., et al,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Officer Moore

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grayson-Bey
18992 Westbrook
48219 Detroit MI

FILED USDC - CLRK DET
2020 JAN 7 AM 10:49

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By: _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: JAN - 7 2020

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| GRAYSON-Bey <br> *Plaintiff* <br> v. <br> SouthField Police Dept., et al., <br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 19-13588 <br><br> Hon. NANCY G. Edmunds |

## SUMMONS IN A CIVIL ACTION

To: Officer Michael Wojciechowski

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grayson-Bey
18992 Westbrook
48219 Detroit, MI

FILED USDC - CLRK DET
2020 JAN 7 AM 10:50

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By: _____
Signature of Clerk or Deputy Clerk

Date of Issuance: JAN -7 2020

