UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Grayson–Bey,

                Plaintiff(s),

v.                                      Case No. 2:19–cv–13588–NGE–DRG
                                           Hon. Nancy G. Edmunds

Southfield Police Department, et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non–dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                                  s/Nancy G. Edmunds
                                                  Nancy G. Edmunds
                                                  United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                  s/L. Bartlett
                                                  Case Manager

Dated:   January 7, 2020