UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GRAYSON-BEY,**

    Plaintiff,

v.

**SOUTHFIELD POLICE DEPARTMENT,**
**OFFICER MICHAEL WOJCIECHOWSKI,**
**OFFICER DAVID MOORE,** and **OFFICER**
**SWADE FOX,**

    Defendants.

Case No. 19-cv-13588-NGE-DRG
Hon. Nancy G. Edmunds
Mag. Judge David R. Grand

| | |
|---|---|
| **GRAYSON-BEY**<br>*Plaintiff, Pro Se*<br>18992 Westbrook<br>Detroit, MI 48219<br>P: (313) 404-6873<br>E: ameergrayson2@gmail.com | **SEWARD HENDERSON PLLC**<br>By: T. Joseph Seward (P35095)<br>      David D. Burress (P77525)<br>*Attorneys for Defendants*<br>210 E. 3rd Street, Suite 212<br>Royal Oak, MI 48067<br>P: (248) 733-3580<br>F: (248) 733-3633<br>E: jseward@sewardhenderson.com |

## NOTICE OF APPEARANCE

TO: Clerk of the Court

    PLEASE ENTER the Appearance of the law firm, **SEWARD HENDERSON PLLC,** by **T. JOSEPH SEWARD,** as attorneys for the Defendants, **SOUTHFIELD POLICE DEPARTMENT, OFFICER MICHAEL WOJCIECHOWSKI, OFFICER DAVID**

**MOORE,** and **OFFICER SWADE FOX** in the above entitled action.

Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ T. Joseph Seward (P35095)
*Attorneys for Defendants*
210 East 3rd Street, Suite 212
Royal Oak, Michigan 48067
P: (248) 733-3580
F: (248) 733-3633
E: jseward@sewardhenderson.com

Dated:   February 17, 2020

## PROOF OF SERVICE

I hereby certify that on **Monday, February 17, 2020**, I electronically filed the foregoing document with the Clerk of the court using the ECF system, which will send notification to the following: *All Parties and Attorneys of Record.*

/s/ Alyssa Schwarcz
**SEWARD HENDERSON PLLC**
210 East 3rd Street, Suite 212
Royal Oak, MI 48067
T: (248) 733-3580
F: (248) 733-3633
E: aschwarcz@sewardhenderson.com