UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GRAYSON-BEY,** | Case No. 19-cv-13588-NGE-DRG |
| | Hon. Nancy G. Edmunds |
| Plaintiff, | Mag. Judge David R. Grand |
| v. | |
| **SOUTHFIELD POLICE DEPARTMENT, OFFICER MICHAEL WOJCIECHOWSKI, OFFICER DAVID MOORE,** and **OFFICER SWADE FOX,** | |
| Defendants. | |

| | |
|---|---|
| **GRAYSON-BEY** | **SEWARD HENDERSON PLLC** |
| *Plaintiff, Pro Se* | By:   T. Joseph Seward (P35095) |
| 18992 Westbrook | David D. Burress (P77525) |
| Detroit, MI 48219 | *Attorneys for Defendants* |
| P: (313) 404-6873 | 210 E. 3rd Street, Suite 212 |
| E: ameergrayson2@gmail.com | Royal Oak, MI 48067 |
| | P: (248) 733-3580 |
| | F: (248) 733-3633 |
| | E: jseward@sewardhenderson.com |
| | dburress@sewardhenderson.com |

## AMENDED PROOF OF SERVICE

I hereby certify that on **Monday, February 17, 2020,** I filed the following documents with the ECF system. On **Wednesday, February 19, 2020**, I served the following documents upon Plaintiff, via U.S. First Class Mail.

- ECF No. 10 - Appearance of T. Joseph Seward
- ECF No. 11 - Appearance of David D. Burress

          Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ T. Joseph Seward (P35095)
*Attorneys for Defendants*
210 East 3rd Street, Suite 212
Royal Oak, Michigan 48067
P: (248) 733-3580
F: (248) 733-3633
E: jseward@sewardhenderson.com

Dated: February 19, 2020

## PROOF OF SERVICE

I hereby certify that on **Wednesday, February 19, 2020**, I electronically filed the foregoing document with the Clerk of the court using the ECF system, and served it upon Plaintiff via U.S. First Class Mail.

/s/ Alyssa Schwarcz
**SEWARD HENDERSON PLLC**
210 East 3rd Street, Suite 212
Royal Oak, MI 48067
P: (248) 733-3580
F: (248) 733-3633
E: aschwarcz@sewardhenderson.com

Dated: February 19, 2020