UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAYSON-BEY,

                Plaintiff,         Civil Action No. 19-13588

v.                                   Nancy G. Edmunds
                                   United States District Judge

SOUTHFIELD POLICE DEPARTMENT,
OFFICER FOX, OFFICER MOORE,     David R. Grand
MICHAEL WOJCIECHOWSKI,         United States Magistrate Judge

               Defendants.
_____/

## SCHEDULING ORDER

| | |
|---|---|
| INITIAL DISCLOSURES: | April 23, 2020 |
| WITNESS LIST: | June 10, 2020 |
| DISCOVERY CUTOFF: | August 7, 2020 |
| DISPOSITIVE MOTION: | September 14, 2020 |
| JOINT FINAL PRETRIAL STATEMENTS: | TO BE SCHEDULED |
| TRIAL BRIEFS, MOTIONS IN LIMINE: | TO BE SCHEDULED |
| TRIAL DATE: | TO BE SCHEDULED |

**THERE WILL BE NO ADJOURNMENTS OF THESE DATES, OTHER THAN UPON MOTION SHOWING OF GOOD CAUSE.**

**IT IS SO ORDERED.**

Dated: March 30, 2020                s/David R. Grand
                                          DAVID R. GRAND
                                          UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 30, 2020.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager
