# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN



Grayson-Bey **Plaintiff,**

vs.

Southfield Police Department, Officer Fox, Officer Moore, Officer Michael **Defendant(s).**

Case No. 19-13588

Judicial Officer: Nancy G. E.

_See Attachment_

**POOR QUALITY ORIGINAL**

_____
_____
_____
_____
_____
_____
_____
_____

Grayson-Bey
**Signature of Filer**

GRAYSON - Bey
**Printed Name**

Date: May 11 2020

18992 Westbrook
**Street Address**

Detroit MI 48219
**City, State, Zip Code**

(313) 404-6873
**Telephone Number**

May 11,2020

Case #; 2:19-CO-13588

Plaintiff

Grayson-Bey

   Vs

Southfield Police Department

Officer Fox

Officer Moore

Officer Michael


I am filing a motion on the matter in which the address on the disclosure package letter that was sent to me, reads Grayson-Bey C/O Javaar Tyrone Grayson, this is what this case is all about, the total disrespect and violation of my birthright. this case number is 2:19-CO-13588 Grayson-Bey Vs Officer Fox, Officer Moore Officer Michael and The Southfield Police Department.

I would like to thank the honorable  Judge Nancy C Edmunds and Magistrate Judge David R Grand and the federal clerk office for showing me, Grayson-Bey the respect by calling me Grayson-Bey.


Enclosed in this motion is an example of the disrespect that was sent to me.


As for David D Burgesses' Seward Henderson PLLC 210 East 3rd street suite 212, Royal Oak MI 48067 and  any  other defense attorney representing Officer Fox ,Officer Moore, Officer Michael and The Southfield Police Department a legal notice : my Declaration Of Nationality will be sent to the defense attorney David D Burress ESQ.

A copy will be submitted to the Federal Clerks Office

# Exhibit 1

**$3.20** US POSTAGE
12 OZ FIRST-CLASS MAIL FLATS RATE
RETAIL

stamps endicia
04-23-2020

## USPS FIRST CLASS MAIL®

David D. Burress, Esq.
Seward Henderson PLLC
210 East 3rd Street
Suite 212
Royal Oak MI 48067

C020

SHIP TO:
Grrayson-Bey
c/o Javaar Tyrone Grayson
18992 Westbrook St
Detroit MI 48219-2449

First Class Mail

# Exhibit 2

CR No: 190040970

## Offenses:

**4899 - Obstruct Police (Other) [SOFOXS (12297)]**

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| 90Z - All Other Offenses / B | 48000 - OBSTRUCTING POLICE | |
| Crime Against | Location Type | Offense Completed |
| | 13 - Highway/Road/Alley/Sidewalk | Completed |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | Cargo Theft |
| A-Alcohol: No  C-Computer Equipment: No  D-Drugs/Narcotics: No | | |

## People:

**GRAYSON, JAVAAR TYRONE (A-ARRESTEE) [SOFOXS (12297)]**

| Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| GRAYSON | JAVAAR | TYRONE | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | G625376802856 | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 11/07/1973 (45) | M | BLACK/AFRICAN AMERICAN | Unknown | XX | MQ | US |

| Eye Color | Hair Color | Hair Style | Hair Length | Facial Hair |
|---|---|---|---|---|
| Brown | Black | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| Dark | Medium | | 5' 11" | 180 | |

| Held For | Finger Prints | Photos | Miranda Read | Miranda Waived | Number of Warrants | FBI# |
|---|---|---|---|---|---|---|
| | No | Yes | No | No | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 17690 ANNCHESTER RD | | | | 3134046873 | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| DETROIT | MI | 48219 | UNKNOWN | |

| Alerts | On Probation/Parole | Habitual Offender Status |
|---|---|---|
| | No | |

### Arrest Information

| Offenses | Details |
|---|---|
| 4899 - Obstruct Police (Other) | Arrest Date/Time: 10/10/2019 16:25 |
| | Location: Hessell&Evergreen |
| | Arrest#: 2019-1798 |
| | Arrest Type: Onview |
| | OWI Arrest/BAC: |
| | Offense Type: Misd. |
| | Count: |
| | Arresting Officer 1: SCFOXS (FOX, SWADE 12297) |
| | Arresting Officer 2: SCMCORED (MOORE,DAVID 11937) |

| MultiClearance | MultiClearance Offense | Armed With |
|---|---|---|
| N - Not Applicable | | 01 - Unarmed |

| Date/Time Booked | Booked Location |
|---|---|
| 10/10/2019 00:00 | SOUTHFIELD POLICE DEPT |

**FATEEN, ASSIYAH (O-OTHER) (X-MISCELLANEOUS) [SOFOXS (12297)]**

| PE. | W.Type | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | FATEEN | ASSIYAH | | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | F350072019691 | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 09/05/1984 (35) | F | BLACK/AFRICAN | | | | |

# Declaration of Nationality

# Legal Notice

Declaration of nationality, name correction proclamation and publication

Judicial notice and proclamation

To all elected United States republic office and public servant of federal, state, city, and municipal governments, personnel and corporate entities, concerning the constitution and all statutory and civil law codes of the land, etc., know all men by these present:

I, **Grayson-Bey** being duly affirmed, standing squarely, declare and proclaim, upon divine law: natures law , universal law, Moorish birthrights international law, and constitution law, declare and say:

I being previously identified by the union states society of North America-USA under the colorable, ward-ship name, **Javaar Tyrone Grayson** do hereby refute the fraud:

Make public and publish my corrected national name. Declare and affirm my true proper person status: and reclaim my rightful social and cultural life of the state: in accord with my ancestral Moorish nation of northwest amexem/ north America-Acknowledging my birthrights. Having lawfully and legally obtained and proclaimed my nationality and birthright name and title: in harmony with in association with and in accord with divine law the customs and the laws. Rules and usages of the zodiac constitution: being aboriginal and indigenous and bound to the north American continent by heritage by primogeniture by birthright, by natural birth: by freehold, and by inheritance. Declared for the public record. I am returning the European cognomen and fictitious misower back to the colonial possessor of it pedigree. I am now rightfully declaring, publishing and proclaiming my own free national name. Affirming my actual, rightful and civil in full life status: conjoined to my ancient Moorish American consangume pedigree and national honor:

Let it be declared known published and resolved that: I am Grayson-Bey in propria persona soi juris*(being in my own proper person) by birthright: am

inheritance. Without the foreign, Imposed color-of-law, or assumed due process of the union states, society: pursuant to but not limited to:

1. Free Moorish-American zodiac constitution (zodiac constitution and birthright of the Moorish Americans) (being ali, bey,el, dey and al) article two(2) paragraph(2)
2. United states republic department of justice (Moorish-American credentials AA 222141- truth A-1
3. United states supreme court: supreme law-acts of state
4. United states constitution: article III section two (2) amendment (5)(liberty clause) and amendment 12(9) reservation of the right of the people.
5. Resolution number seventy-five (75) dated April 17 1933 ad (Moorish-American society of Philadelphia- and the use of their names.
6. Universal declaration of human right United nations-human right
7. Rights of indigenous people-united nation general assembly article four (4)

Wherefore, I: **Grayson-Bey** being part and parcel named herein and by birthright, primogeniture, and inheritance, make a lawful and legal entry of affidavit and public notification of nationality proclamation: name correction claim: declaration. Affirmation and application: herewith published for the public record:

Upon my inherited nobility, and upon my private aboriginal/indigenous, proper person status and commercial liability, I **Grayson-Bey** being duly affirmed under consanguine unity: pledge my national, political and spiritual allegiance to the Moorish nation, my aboriginal indigenous nation states being the archaic aboriginals/indigenous of amexum (the Americas) standing squarely. Affirmed upon my oath to my family five point of light-love truth,peace,freedom, and justice: do squarely affirm to tell the truth, the whole truth and nothing but the truth, and having knowledge- and firmly-established belief upon the historial,lawful and adjudicated facts contained herein, being competent(in my own proper person) to attest to this affidavit upon which I place my signature: where as I state, proclaim and declare the following to be true, correct, certain, complete , not misleading , supreme, and not intended to be presented for any mispresented, colored or improper use or purpose to wit:

as lawfully adopted for the united states republic. Establishing its republican form of government said constitution established the peoples supreme law of the land to secure the rights of the people, and to keep government bound and in check by official oath and by official bond.

Down from the ancient ones our primogenitors, comes the supreme law of the land:

## EGYPT

The capital empire of the dominion of Africa the inhabitants of Africa are the descendants of the ancients Canaanites from the land of Canaan. The Moabites from the land of Moab who received permission from the pharaohs of Egypt to settle and inhabit north-west Africa: they were the founders and are the true possessors of the present Moroccan empire, with their Canaanite. Hittite and amoric orethrem who sojourned from the land of Canaan seeking new homes. Their dominion and inhabitation extended from north-east and south-west Africa across the great Atlantis even unto the present north, south and central America and also Mexico and the Atlantis islands: the great earthquake, which caused the great Atlantis ocean.

## The great seal pyramid

Is the national emblem and insiga of my ancestral Moorish nation, empire of north America(geographical location) the great pyramid is also the archaic symbol for civilation on the planet earth, the honorable moors national government : moors who are active and not passive in the social,civilation,culture and custom matters, involving law, Order and government principles are hereby entreated to support this affirmation, moors/Muurs who strive toward this end, with honor, are entrusted by noble Drew Ali , to help in the great humanitarian work of uplifting ourselves, our fellow-man- and humanity at large. We seek at all times to be conscious of the works, instructions and acts necessary to leach, preserve and defend the birthrights of all Moorish/Americans (all Moroccans) etc .

The noble descendants of moors

Moors/Muurs are the natural members citizens of the ancients all Moroccan empire (north America)     and are duty-bound to recognize and to support our "great seal" government and nation of the natural people and command the enforcement of our constitution thus, such organized communication orders are referred to as the great seal national association of moors affairs: the free Moorish nation inclusive of all the aboriginal/indigene tribes and province of the natural people etc,are the rightful bearer of the names and title ali,el,bey, dey , al and all future titles created the free Moors/Muurs by freehold inheritance , retain all substantive rights and immunities.

Enjoy the exercising of substance rights and operate upon consummated right law isonomy-Principle having vested constitutions, secured right and immunities from taxable, and from criminal and civil  jurisdiction by and of the union states rights republic (U.S.A) pursuant to but not limited to the united states republic supreme court, and the acts of states to wit.

Every sovereign state (people) is bound to respect the independence of every other sovereign state(people) and the courts of the country (people) will not site in judgment on the government of another, done within (the same or) its own territory. The present union states municipal and civil laws and codes off the land are an incorporated unit of self government established by the political powers of the general assembly of each state of the union , and initiated at Philadelphia  Pennsylvania, North America in the years, Eighteen sixty three (1863) union states' rights , republic , under the magna carter (chapter), the knights of Columbus code and the Ku Klux Klan oath,forever ,Forever said union states' rights republic denied citizenships in the united states republic(U.S.A)  to the descendants of the Moorish nation in the western hemispheres erroneously referred to and branded and mislabeled as negroes, blacks, coloreds, and African Americas etc, in addition the supreme court of the united states (in the landmark case) of Dred scot vs Sanford go us (19 Howard ) 393 (1857) held that negroes whether held to slavery or free were not included and were not intended to be included in the category of citizen (subjects) of the union state right republic-resultantly , the true indigene –nobles of the al Moroccan empire (free moors) bearers of the names/titles ali, el, bey, dey  and al are excluded from the union states' rights.

**Commision Expiration Date**

I :**Grayson-Bey** , a real live flesh and blood :breathing non fictional , and natural being , born of a natural mother , do solemnly : sincerely and squarely affirm that the foregoing facts contained in this constructive and actual judicial notice and proclamation by affirmed affidavit , are true to the best of my knowledge, culture, customs and beliefs, being actual, correct not misleading etc, and being the truth , the whole truth and nothing but the truth.

**The right to travel:**          **Thompson vs smith**

The right to a citizen to travel upon the public highway and to transport one property thereon, either by carriage or automobile is not a mere privilege which a city may prohibit or permit at will but a common right, which he/she has under the law

**The right to park:**          **Kent vs   Dulles**

**Spirit is Law, Law is nature, nature is family and family is government**

**I am:   Grayson- Bey Aboriginal Moors**          *Grayson-Bey*

*Wayne*          *Michigan*
**County**          **State**          **Sworn and Subscribed**

**Before**          **This Day** *20th*          **This Month** *September*

*M Smith*                    *2019*
**Notary Signature**   *9.20.19*          **Year**

M SMITH
Notary Public, State of Michigan
County of Wayne
My Commission Expires *1-27-25*
Acting in the County of *wayne*

Grayson-Bey					H B

Grayson-Bey					H B

Grayson-Bey
18992 Westbrook
Detroit, MI 48219



7018 0680 0001 2089 7007

CERTIFIED MAIL

7018 0680 0001 2089 7007



U.S. POSTAGE PAID
FCM LG ENV
DETROIT, MI
48235
MAY 12, 20
AMOUNT
$7.80
R2304H109795-11



RECEIVED
MAY 20 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

Federal Courthouse   Attn. Clerks office
231 W. Lafayette Blvd
Detroit MI 48226