Case number: 2:19-CU-13588

Grayson-Bey

Vs

Officer Fox

Officer Moore

Southfield Police Department

Michael Wojciechowski

Attached Documents provided

1) Initial Disclosure

2) Witness list Sheet

3) Southfield Police Department case report (arrest report) Information

Date: 04/20/2020

Plaintiff Signature: *Grayson-Bey*

Witnesses Signatures: *[signature]*
*Mary A. Grayson-Hall*

## Witness List

1) Assiyah Fateen

18992 Westbrook ST, Detroit, 48219

313-694-3129, Unemployed

Witness is The Owner of the Car Dodge Magnum


2) Mary Ann Grayson-Hall

17690 Annchester RD, Detroit, MI, 48219

313-520-0410, Retired

Expert for Grandson (Ameer Grayson) well being

Expert for Son (Grayson-Bey)

Expert for Grandson and son well being

CR No: 190040970

# SOUTHFIELD PD
26000 EVERGREEN
SOUTHFIELD MI 48037
248.796.5500



## Case Report

### Administrative Details:

| | |
|---|---|
| CR No<br>**190040970** | Subject<br>**4899 - Obstruct Police (Other) [48000]** |
| Report Date/Time<br>**10/10/2019 16:23** | Occurrence Date/Time<br>**10/10/2019 16:23** |
| Location<br>**HESSELL&EVERGREEN** | Call Source<br>**FOP** |
| Dispatched Offense<br>**C3030 Traffic Arrest Warrant** | Verified Offense<br>**4899 Obstruct Police (Other)** |
| OIC<br>**WOJCIECHOWSKI, MICHAEL (SOWOJCIECHOWSKIM-05276)** | OIC Contact Number |
| County<br>**63 - Oakland** | City/Twp/Village<br>**91 - Southfield** |
| Division<br>**Patrol** | |

### Action Requested:

[ ] Arrest warrant          [ ] Review only

[ ] Search warrant          [ ] Forfeiture

[ ] Juvenile petition       [ ] Other

CR No: 190040970

## Offenses:

**4899 - Obstruct Police (Other)  [SOFOXS (12297)]**

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| 90Z - All Other Offenses / B | 48000 - OBSTRUCTING POLICE | |
| Crime Against | Location Type | Offense Completed |
|  | 13 - Highway/Road/Alley/Sidewalk | Completed |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | Cargo Theft |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No | | |

## People:

**GRAYSON, JAVAAR TYRONE (A-ARRESTEE)  [SOFOXS (12297)]**

| Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| GRAYSON | JAVAAR | TYRONE | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 11/07/1973 (45) | M | BLACK/AFRICAN AMERICAN | Unknown | XX | MQ | US |

| Eye Color | Hair Color | Hair Style | Hair Length | Facial Hair |
|---|---|---|---|---|
| Brown | Black | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| Dark | Medium | | 5' 11" | 180 | |

| Held For | Finger Prints | Photos | Miranda Read | Miranda Waived | Number of Warrants | FBI# |
|---|---|---|---|---|---|---|
| | No | Yes | No | No | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 17690 ANNCHESTER RD | | | | 3134046873 | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| DETROIT | MI | 48219 | UNKNOWN | |

| Alerts | On Probation/Parole | Habitual Offender Status |
|---|---|---|
| | No | |

### Arrest Information

| Offenses | Details | |
|---|---|---|
| 4899 - Obstruct Police (Other) | Arrest Date/Time: | 10/10/2019 16:25 |
| | Location: | Hessell&Evergreen |
| | Arrest#: | 2019-1798 |
| | Arrest Type: | Onview |
| | OWI Arrest/BAC: | |
| | Offense Type: | Misd. |
| | Count: | |
| | Arresting Officer 1: | SOFOXS (FOX, SWADE 12297) |
| | Arresting Officer 2: | SOMOORED (MOORE, DAVID 11937) |

| MultiClearance | MultiClearance Offense | Armed With |
|---|---|---|
| N - Not Applicable | | 01 - Unarmed |

| Date/Time Booked | Booked Location |
|---|---|
| 10/10/2019 00:00 | SOUTHFIELD POLICE DEPT |

**FATEEN, ASSIYAH  (O-OTHER) (X-MISCELLANEOUS)  [SOFOXS (12297)]**

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | FATEEN | ASSIYAH | | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| [redacted] | F | BLACK/AFRICAN | | | | |

CR No: 190040970

| Complexion | Build | Teeth | Height | Weight | Attire | | |
|---|---|---|---|---|---|---|---|
| | | AMERICAN | 5' 4" | 171 | | | |
| Street Address | | Apt # | County | Country | Home Phone | Work Phone | |
| ▓▓▓ | | | | | UNKNOWN | | |
| City | | State | Zip | Cell Phone | Email | | |
| ▓▓▓ | | ▓▓▓ | | ▓▓▓ | | | |

▓▓▓ (O-OTHER) (X-MISCELLANEOUS) [SOFOXS (12297)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | Grayson | Ameer | | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
| ▓▓▓ | M | BLACK/AFRICAN AMERICAN | | | | |
| Street Address | | Apt # | County | Country | Home Phone | Work Phone |
| ▓▓▓ | | | | | UNKNOWN | |
| City | | State | Zip | Cell Phone | Email | |
| ▓▓▓ | | ▓▓▓ | | ▓▓▓ | | |

## Property:

**2599 - Identification Documents (passports, visas, driver's licenses, social security cards, etc) 5465**

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 65 | 65 - Identity Documents | K - Miscellaneous | | |
| Status | | | Count | Value |
| E - Evidence (Including Other Seized Property And Tools) | | | 1 | 1 |
| Description | | Disposition | Evidence Tag | |
| False ID (sovereign Citizen) | | | | |
| Recovered Date/Time | Location | Owner [A32983396] GRAYSON, JAVAAR TYRONE | | |

**3513 - Motorcycle (not Stolen Or Recovered) 5424 [SOFOXS (12297)]**

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 24 | 24 - Other Motor Vehicles | V - Other Vehicle (not Stolen or Recovered) | | |
| Status | | | Count | Value |
| X - Impounded | | | 1 | 1 |
| Manufacturer | Model | Serial No. | License No. | Color |
| DODGE | MAGNUM | 2D4FV48V45H113023 | DSQ5802 | |
| Vehicle Year | Body Style | | State | License Year |
| 2005 | | | MI | |
| Description | | Disposition | Evidence Tag | |
| Gray Dodge Magnum | | | | |
| Recovered Date/Time | Location | Owner [A32983396] GRAYSON, JAVAAR TYRONE | | |

## Narrative:

CR No: 190040970-001    Written By: SOFOXS (12297)    Date: 10/10/2019 06:05 PM

On above listed date and time, Officer Moore and I, Officer Fox, were traveling SB Evergreen in

CR No: 190040970

a semi marked squad car (#33). Once we approached SB Evergreen & 8 Mile Rd, We observed a Gray Dodge Magnum MI License plate (#DSQ5802)with tinted windows, sitting at pump #10 at the marathon gas station.

Officers verified with Southfield dispatch the License plate number which came back as a felony vehicle for Flee and Elude out of our city on 9/29/2019 (19-39271) per LEIN.

The vehicle exited the parking lot in an unknown direction, Officer Moore and I checked the immediate area for the vehicle. Officers located the vehicle EB 8 Mile at Annchester. The vehicle slowed and continued to drive SB towards Hessell, then The vehicle made a right turn and traveled WB on Hessell. At this time, we activated our overhead emergency red and blue lights, initiating a traffic stop before the vehicle came to a complete stop just East of Evergreen.

Once Officers approached the vehicle, we ordered the driver Javaar Grayson out of the vehicle with both of his hands on the back of his head. Grayson exited the vehicle without incident. He was advised his vehicle came back as a felony vehicle for flee & elude out of Southfield on 9/29/2019.

Officers asked Grayson for his identification, which he then stated his name was Grayson Bey and that he was 46 years old. Grayson failed to provided a Michigan divers license or State issued ID, claiming he was a sovereign citizen and Grayson Bey was the name he chose. Grayson did provide a false ID that stated "Grayson Bay" is a free traveler.

After searching LEIN for the name and age given with no response Grayson was placed under arrest (HC/TC/DL) for misrepresentation.
Upon arrest his person was searched revealing a Michigan drivers license  with the name Javaar Grayson.

Grayson's son (Ameer Grayson) was in the backseat of the vehicle and upon contact, he was placed with Officer Gorecki until his mother (Assiyah Fateen) was able to make the scene to take custody.

Disposition:

Grayson was transported to the Southfield jail where he was TOT jail staff without incident.

The arrest was reviewed by LT. Leon and bond was set at $250.

CR No: 190040970

Vehicle was impounded by Officer Fair and removed from LEIN by 914.

The false ID was placed into evidence.

---

**CR No: 190040970-002**   Written By: SOWOJCIECHOWSKIM (05276)   Date: 10/11/2019 02:28 PM

10/11/19

Ticket issued : 248903 for false ID to a PO

Bond: 500 Personal

Magistrate McEvans

Court: 10/16/2019 @ 8:30am

---

**CR No: 190040970-003**   Written By: SOPULLEND (12183)   ATTACHMENT ONLY REPORT - No Narrative

| | | Attachments: | | | |
|---|---|---|---|---|---|
| **File Name** | **File Type** | **Comments** | **Date** | **By** | **Role** |
| Attachments Included In This Report: | | | | | |
| Grayson, Javaar Tyrone 11 07 1973.PDF | pdf | Arrest Jacket Grayson, Javaar Tyrone 11 07 1973 | 10/15/2019 03:40 PM | PULLEN, DONNA | RECORDS |

Case number: 2:19-CU-13588

Grayson-Bey

Vs

Officer Fox

Office Moore

Southfield Police Department

Michael Wojciechowski

I the plaintiff Grayson-Bey am suing Officer Fox, Officer Moore, Southfield Police Department and Michael Wojciechowski for the following damages:

I the plaintiff Grayson-Bey am suing for being denied my birth right as a Moorish American (Moabite)

I the plaintiff Grayson-Bey am suing for being denied my Constitutional Right of the Fourth Amendment rights (The Treaty of Peace and Friendship July 15th ,1786).

I the plaintiff Grayson-Bey am suing for the emotional trauma incurred to myself and my son, due to and as well as the kidnapping and false imprisonment.

I the plaintiff Grayson-Bey for the financial destitution that was incurred from the false imprisonment which caused my wife to lose her job.

And finally I plaintiff Grayson-Bey am suing for my Free Right to Travel upon the public highway and to transport ones property thereon, either by carriage or automobile is not a mere privilege which a city may prohibit or permit at will but a common right, which he/she has under the law.

Plaintiff Grayson-Bey          *Grayson-Bey* (signature)

I would like to state that all witnesses pertaining to the case number: 2:19-CU-13588

        Grayson-Bey

           Vs

Officer Fox

Office Moore

Southfield Police Department

Michael Wojciechowski

Have been listed, and all documents and evidence pertaining to the case 2:19-CU-13588 is located in a binder at home.

Grayson-Bey
18992 Westbrook
Detroit, MI 48219



CERTIFIED MAIL
RETURN RECEIPT REQUESTED

7018 3090 0001 6074 2422

U.S. POSTAGE PAID
FCM LG ENV
DETROIT, MI
48235
APR 20, 20
AMOUNT
$7.60
R2303S102601-10

TUE 21 APR 2020

4/20/2020

RECEIVED
MAY 20 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

ATTention: Clerk Office

U.S. MARSHALS
231 W. LaFayette
Blvd.
Detroit, MI 48226

ATT. 2:19-CV-13588