UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GRAYSON-BEY,** | Case No. 19-cv-13588-NGE-DRG |
| | Hon. Nancy G. Edmunds |
| Plaintiff, | Mag. Judge David R. Grand |
| v. | |
| **SOUTHFIELD POLICE DEPARTMENT, OFFICER MICHAEL WOJCIECHOWSKI, OFFICER DAVID MOORE,** and **OFFICER SWADE FOX,** | |
| Defendants. | |

| | |
|---|---|
| **GRAYSON-BEY** | **SEWARD HENDERSON PLLC** |
| *Plaintiff, Pro Se* | By: T. Joseph Seward (P35095) |
| 18992 Westbrook | David D. Burress (P77525) |
| Detroit, MI 48219 | *Attorneys for Defendants* |
| P: (313) 404-6873 | 210 E. 3rd Street, Suite 212 |
| E: ameergrayson2@gmail.com | Royal Oak, MI 48067 |
| | P: (248) 733-3580 |
| | F: (248) 733-3633 |
| | E: jseward@sewardhenderson.com |
| | dburress@sewardhenderson.com |

## DEFENDANTS' WITNESS LIST

NOW COMES Defendants, **SOUTHFIELD POLICE DEPARTMENT, OFFICER MICHAEL WOJCIECHOWSKI, OFFICER DAVID MOORE,** and **OFFICER SWADE FOX,** by and through the undersigned counsel, submit the following as their Witness List:

1. Javaar Tyrone Grayson
   17690 Annchester Rd.
   Detroit, MI 48219
   (P): (313) 404-6873

2. Swade Fox, City of Southfield Police Officer
   c/o Seward Henderson PLLC
   210 East 3rd Street, Suite 212
   Royal Oak, Michigan 48067
   (P): (248)-733-3580

3. David Moore, City of Southfield Police Officer
   c/o Seward Henderson PLLC
   210 East 3rd Street, Suite 212
   Royal Oak, Michigan 48067
   (P): (248)-733-3580

4. Michael Wojciechowski, City of Southfield Police Officer
   c/o Seward Henderson PLLC
   210 East 3rd Street, Suite 212
   Royal Oak, Michigan 48067
   (P): (248)-733-3580

5. Assiyah Fateen
   18992 Westbrook St.
   Detroit, MI 48219
   (P): (313) 404-6875

Defendants reserve the right to amend this list as discovery progresses.

       Respectfully submitted,

       **SEWARD HENDERSON PLLC**

       /s/ David D. Burress (P77525)
       *Attorneys for Defendants*
       210 East 3rd Street, Suite 212
       Royal Oak, Michigan 48067
       P: (248) 733-3580
       F: (248) 733-3633
       E: dburress@sewardhenderson.com

Dated:  June 10, 2020

**CERTIFICATE OF SERVICE**

I herby certify that I served the foregoing, and this Certificate of Service by using the Court's E-filing system that will send notification to Plaintiff, Grayson-Bey, Pro se, and via U.S. First Class Mail to Plaintiff at 18992 Westbrook, Detroit, MI 48219, on **June 10, 2020**.

       /s/ David D. Burress (P77525)
       **SEWARD HENDERSON PLLC**
       210 East 3rd Street, Suite 212
       Royal Oak, Michigan 48067
       P: (248) 733-3580
       F: (248) 733-3633
       E: dburress@sewardhenderson.com