**INDEX OF EXHIBITS**

Exhibit 1 – *Grayson Bey v. Hutchinson*

Exhibit 2 – *Jenkins v. Livonia Police Department*

Exhibit 3 – *Salaam El v. City of Dearborn*

Exhibit 4 – *Moorish Nat. Republic Federal Government Moorish Divine and Nat. Movement of the World v. City of Chicago*

Exhibit 5 – *I Win You Win Irwin, LLC v. Caseys Pub, Inc.*