UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAYSON-BEY,

        Plaintiff,        Civil Action No. 19-13588
                                   Honorable Nancy G. Edmunds
v.                                     Magistrate Judge David R. Grand

SOUTHFIELD POLICE DEPARTMENT,
OFFICER FOX, OFFICER MOORE,
MICHAEL WOJCHIECHOWSKI,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S "MOTION" (ECF No. 15)

Plaintiff Grayson-Bey brings this action alleging violations of his rights under the Fourth Amendment and the Treaty of Peace and Friendship of 1787. (ECF No. 1.) On May 12, 2020, Grayson-Bey filed a "motion," in which he seems to complain that certain unspecified individuals have referred to him by the name, "Javaar Tyrone Grayson." (ECF No. 15, PageID.51, 52.) Grayson-Bey indicates that he appreciates this Court showing him "respect by calling [him] Grayson-Bey"; the Court refers to him that way because that is how he captioned his complaint. (ECF No. 1.) The Defendants, too, have referred to him as "Grayson-Bey." (ECF No. 18.) At any rate, Grayson-Bey's "motion" does not ask the Court to take any action, and Grayson-Bey has not shown entitlement to any relief.

Accordingly, **IT IS ORDERED** that Grayson-Bey's motion **(ECF No. 15)** is **DENIED**.

Dated: August 26, 2020                          s/David R. Grand
Ann Arbor, Michigan                         DAVID R. GRAND
                                                United States Magistrate Judge

2

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 26, 2020.

s/Eddrey O. Butts  
EDDREY O. BUTTS  
Case Manager
