UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRAYSON-BEY,

                Plaintiff,          Civil Action No. 19-13588
                                         Honorable Nancy G. Edmunds
v.                                          Magistrate Judge David R. Grand

SOUTHFIELD POLICE DEPARTMENT,
OFFICER FOX, OFFICER MOORE,
MICHAEL WOJCHIECHOWSKI,

                Defendants.
_____/

## ORDER TO SHOW CAUSE AS TO PLAINTIFF'S FAILURE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Grayson-Bey brings this action alleging violations of his rights under the Fourth Amendment and the Treaty of Peace and Friendship of 1787. (ECF No. 1.) Defendants filed a Motion to Dismiss on June 12, 2020. (ECF No. 18.) Grayson-Bey failed to respond to Defendants' motion within 21 days as required by Local Rule 7.1, and as of today's date, has still not responded. *See* L.R. 7.1(e)(1)(A).

Grayson-Bey's failure to respond permits the Court to enter an Order to Show Cause as to why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). *See* Fed. R .Civ. P. 41(b). Accordingly, by **September 9, 2020**, Grayson-Bey shall either file a response to Defendants' Motion to Dismiss or show cause in writing as to why this case should not be dismissed for his failure to respond in accordance with the Court's Order. **Grayson-Bey is expressly advised that his failure to comply with this Order to Show Cause will result in a recommendation that this case be dismissed.**

      **IT IS SO ORDERED.**

2

Dated: August 26, 2020           s/David R. Grand
Ann Arbor, Michigan          DAVID R. GRAND
         United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 26, 2020.

         s/Eddrey O. Butts
         EDDREY O. BUTTS
         Case Manager