Case Number: 19-13588

Plaintiff: Grayson-Bey

　　　　Vs

Defendants: Southfield Police Department, Officer Fox, Office Moore, Michael Wojchiechowski

I Grayson-Bey am filing this motion in response to the defendant's motion to dismiss case number 19-13588, This case must be continued, I Grayson-Bey am filing a motion to continue this case number 19-13588.

My Fourth Amendment was violated by the defendants: Southfield Police Department, Officer Fox, Office Moore, Michael Wojchiechowski

The fourth Amendment clearly states the right of the people to be secure in their persons, houses, papers and effects against unreasonable search and seizures shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation and particularly describing the place to be searched and the person or things to be seized.

The facts I stated in this case are there to see that for there to be probable cause a crime must be committed, and I Grayson-Bey should not have been handcuffed, arrested and then taken to jail, the Southfield police turned their emergency lights on insinuating that a crime was committed, or some type of violation was committed.

Reference case

Sherar Vs Cullen, 481 f2dd946(1973)

For a crime to exist there must be an injured party, there can be no sanction or penalties imposed upon one because of this exercise of constitution rights.

The only injured people or parties are Grayson-Bey, Ameer Grayson (a minor) and Assiyah Fateen.

I Grayson-Bey and Ameer Grayson suffered because of the actions of the defendants Southfield Police Department, Officer Moore, Officer Fox and Michael Wojchiechowski.

The injured parties (Grayson-Bey, Ameer Grayson and Assiyah Fateen) (have suffered mental trauma and is currently under the care of therapist to recuperate from the day of questioning.

Assiyah Fateen was forced to the scene, on the matter of Ameer Grayson( a minor) ,Assiyah Fateen was forced to leave her place of work because Southfield Police repeatedly called her cell phone and told her to come pick her son up at the scene of the arrest , which caused her to lose  her job ,  by Southfield police calling her  and threatning to place her son Ameer Grayson(a minor) under the care of child protective service unless she came to the scene to pick Ameer Grayson(a minor) up. She was fired from her job, because of the actions of Southfield police Department.

The fourth Amendment starts out by with the first statement and the first sentence: "the right for people to be secure in their persons",

I Grayson-Bey, was kidnapped by the Southfield police department.

The definition of Kidnap is to steal carry off or abduct by force or fraud, especially for used as a hostage or to extract ransom.

I Grayson-bey was taken against my will with no probable cause; therefore, a crime was committed against Grayson-Bey.

Reference case

Owen vs City of Independence 445 US 622(1980)

A municipality has no immunity from liability under section 1983 flowing from its constitutional violations and may not assert the good faith of its officers of the court have no immunity when violating a constitutional right, from liability.

The definition of qualified immunity:

Qualified Immunity prevents government agents from being held personally liable, for constitutional violations unless the violations was clearly established.

The bill of rights, the fourth amendment is a clearly established constitutional right that I Grayson-Bey intend to use.

Reference case

Howlett Vs Rose

Qualified immunity is lost when

A) willful act

B) Ignorance

C) violating due process of law

The fact of the matter is that Southfield Department with its fraudulent officers by the names of Officer Fox, Officer Moore, and Officer Michael Wojchiiechowski, Kidnapped me, held me against my free will, tried to extort money from me, and while I was in their custody they threatened me with more charges ,and that the fact it was done with no probable cause without a crime being committed , therefore violating my fourth amendment, causing furthermore damages, such as Ameer Grayson seeing a therapist as well as I Grayson-Bey is seeing a therapist due to emotional trauma due to this day of questioning. Assiyah Fateen has not had a job since the day of question causing her to fall into financial destitution. I

Grayson-Bey (and as well as mentioned earlier in this response) the other two parties Ameer Grayson and Assiyah Fateen have suffered mental (emotional trauma) and financial damages, therefore I am requesting a relief of 1.2 million dollars

This motion will be filed with the United States District Court and a copy will be sent to the defendant's attorney:

Seward Henderson Pllc

210 east third street suite 212, Royal oak, Michigan, 48067

Case number 19-13588

Motion to continue case

Four pages

Date:08/31/2020

For any questions feel free to contact Grayson-Bey

3134046873

Email

Ameergrayson2@gmail.com

Address

18992 Westbrook St, Detroit, Michigan, 48219



Envelope addressed to:
United States District Court
Office of the Clerk
1000 Washington Blvd
Bay City, Michigan 48707

Received SEP 08 2020 — Thomas L. Ludington, U.S. District Judge
Received SEP 10 2020 — Clerk's Office, Detroit