## INDEX OF EXHIBITS

Exhibit 6 - *People v Heldt*

Exhibit 7 - *People v Kopp*