Case Number: 19-13588

 Plaintiff

 Grayson-Bey

Vs

Defendants

Southfield Police Department, Officer Michael Wojciechowski, Officer David Moore and Officer Swade Fox

I Grayson-Bey am filing an objection to continue the case 19-13588

I Grayson-Bey am submitting an objection to the Judge to not dismiss this case. I am responding to all the "alleged" claims with proof. I was pulled over without reasonable cause because I am a Moorish American, not an African American or black, which is stated in the police report and is documented about my traveler's ID being returned, if in fact if the Id was a fraud then it would not have been returned to me, my rights fall under a sovereign citizen and not from a US corporation, and the exhibits I provided show that I was wrongfully held against my will. Moreover, the judge dismissed the case in district court in Southfield Court. And if everything is alleged then my case in Southfield would not have been dismissed. The fact that I spent time in jail and my son was traumatized all while because of the incident my wife lost her job, which caused loss of income and pain and suffering, I am seeking 1.2 million as a relief, for the damages.

This case is about Southfield police department and their attempt to use "color of law" and racketeering practices that's done amongst cities, townships politicians ,police departments and traffic courts to deprive the people of their rights and their properties. Police, city (Southfield police department, city of Southfield) cannot deprive natural people of the unalienable /inalienable absolute right to travel.

Personal Liberties: the right or the power of locomotion of changing one; s situation or moving one's person to whatever places one's own inclination may direct without imprisonment or restraint unless by due course of law.

Upon this constitutional republic form of government, the only thing you owe the public is due care.

Southfield police department arrested me (Grayson-bey), with no probable cause.

Southfield police department introduced fleeing and eluding when office Moore and officer fox stated   that in the police report ,I was not charged with fleeing and eluding, in fact I was not charged with fleeing and eluding(so where is the probable cause), and I have attached it proof, see exhibit 2(police report).

## Color of law definition

Refers to an act done under the appearance of legal authorization, when in fact, no such right existed, it applies when a person is acting under real or apparent government authority.

That is why it is a federal crime for anyone acting under color of law to willfully deprive or conspire to deprive a person of a right protected by the constitution or US law.

We the people (the plaintiff and the victims Assiyah Fateen, Ameer Grayson), the people of the land have the right to pursue life liberty and justice and live in free society.

## Racketeering definition

Racketeering is dishonest and fraudulent business dealings.

Rico Act

Racketeering influenced and corrupt organization (rico act) is a united states federal law that provides for extended criminal penalties and a civil cause of action for acts performed as a part of an ongoing criminal organization.

Exhibit 1

(Southfield Police report)

It states that Grayson-Bey did provide a false ID that stated "Grayson-Bey" is a free traveler.

It is not a crime to present a form of representation or ID , the fact that I was not doing any commercial or commerce , it is my right to represent myself the way I see myself, the word false may make it seem like a crime is being committed.


Southfield police department (Officer Michael Wojciechowski, officer David Moore and Officer Swade Fox) are conducting their self like highwaymen.

Highwayman definition

A highwayman is a bandit, one who robs travelers upon the highway.

They are policy and code enforcers highwaymen, who also as mercenaries .My right to travel upon the land is not a policy, nor is it embodied in a code it is a substantive right of birth, that cannot be abridged or liened upon, thus unalienable and inalienable , I was not doing anything commerce that day.

A word we need to remember in this case is jurisdiction

Jurisdiction means the official power to make legal decisions and judgments that means that one that day Southfield police Department was portraying the highwayman, the judge and the jury. Southfield Police Department violated my fourth amendment with no probable cause, I spent time in Southfield police Department jail against my will.

## Again, the definition of kidnap

Take (someone) away illegally by force, typically to obtain ransom.

I Grayson-Bey, Assiyah Fateen and Ameer Grayson are seeking relief for the damages that has caused mental, physical and financial destitution

P.s

It is funny how scared it must be, to be the defendant and have the law staring down at you.

Thanks to Honorable Nancy G. Edmonds, Mag. Judge David R. Grand and anyone who is searching for true justice.

In response to me needing a lawyer and response to me not having a lawyer

I Grayson-Bey as a Moorish American, we are taught to govern ourselves according to the constitution and minorities need representation or a lawyer not adults what is a Moorish American?

Moors/Muurs are the natural members citizens of the ancients all Moroccan empire (North American) and are duty-bound to recognize and to support our "great seal" government and nation of the natural people and command the enforcement of our constitution thus, such organized communication orders are referred to as the great seal national association of Moors affairs: the free Moorish nation inclusive of all aboriginal/indigene tribes and the province of the natural people etc, are the rightful bearer of the names and the title ali,el,bey,dey, al and all future titles created the free Moors/Muurs by freehold inheritance, retain all substantive rights and immunities.

Enjoy the exercising of a substance rights and operate upon consummated right law isonomy-Principle having vested constitutions, secured right and immunities from taxable, and from criminal and civil jurisdiction by and of the union states right republic (U.S.A) pursuant to but not limited to the United States republic supreme court, and the acts of the states to wit.

Every sovereign states(people) is bound to respect the independence of every other sovereign state(people) and the courts of the country(people) will not site in judgment on the government of another, done within (the same or) its own territory .The present union states municipal and civil laws and codes off the land are an incorporated unit of self-government established by the political powers of the general assembly of each state of the union, and initiated at Philadelphia Pennsylvania, North America in the years, eighteen sixty three (1863) union state's right , republic ,under the magna carter(chapter),The knights of Columbus code and the Klux Klan oath, forever, said union state's rights republic denied citizenships in the united states republic (U.S.A) to the descendants of the Moorish nation in the western hemispheres erroneously referred to and branded and mislabeled as negroes, blacks, coloreds and African Americans etc. In addition the supreme court of the united stated (in the landmark case) of Dred Scot Vs Sanford Go Us(19 Howard) 393 (1857) held that negroes whether held to slavery or free were not included and were not intended to be included in the category of citizen(subjects) of the union state right republic-resultantly, the true indigene - nobles of the Al Moroccan empire (free Moors) bearers of the names/titles ali,el,bey,dey and al are excluded from the union state's rights.

Exhibit 1

Police report(racketeering)(highlighted)

Exhibit 2

The custody receipts(highlighted)

Exhibit 3

State of Michigan Order of Judgment form(highlighted)

Exhibit 4

Arrest slip sheet confinement to Southfield Jail(highlighted)


One copy will be sent to Federal court

And another copy will be sent to

Seward Henderson PLLC

 T.Joseph Seward

David D. Burress

210 E.3rd street, Suite 212

Royal oak, MI, 48067

Exhibit 1

CR No: 190040970

RECEIVED
FEB 1 2 2020



## SOUTHFIELD PD

26000 EVERGREEN
SOUTHFIELD MI 48037
248.796.5500

### Case Report

| Administrative Details: | |
|---|---|
| CR No<br>**190040970** | Subject<br>**4899 - Obstruct Police (Other) [48000]** |
| Report Date/Time<br>**10/10/2019 16:23** | Occurrence Date/Time<br>**10/10/2019 16:23** |
| Location<br>**HESSELL&EVERGREEN** | Call Source<br>**FOP** |
| Dispatched Offense<br>**C3030 Traffic Arrest Warrant** | Verified Offense<br>**4899 Obstruct Police (Other)** |
| OIC<br>**WOJCIECHOWSKI, MICHAEL (SOWOJCIECHOWSKIM-05276)** | OIC Contact Number |
| County<br>**63 - Oakland** | City/Twp/Village<br>**91 - Southfield** |
| Division<br>**Patrol** | |

| Action Requested: | |
|---|---|
| [ ] Arrest warrant | [ ] Review only |
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

Created On 02/10/2020 07:17 AM

DDB001

CR No: 190040970

| Complexion | Build | | Teeth | | Height | | Weight | | Attire | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 5' 4" | | 171 | | | |

AMERICAN

| Street Address | | | Apt # | County | | Country | | Home Phone | | Work Phone |
|---|---|---|---|---|---|---|---|---|---|---|
| 18992 WESTBROOK ST | | | | | | | | UNKNOWN | | |

| City | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|
| DETROIT | | MI | 48219-2449 | | 3134046875 | | | |

---

**GRAYSON, AMEER  (O-OTHER) (X-MISCELLANEOUS)  [SOFOXS (12297)]**

| PE: | W.Type: | Last Name | First Name | | Middle Name | | Suffix | | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|
| | | Grayson | Ameer | | | | | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship |
|---|---|---|---|---|---|---|---|
| 09/22/2011 (8) | M | BLACK/AFRICAN AMERICAN | | | | | |

| Street Address | | | Apt # | County | | Country | | Home Phone | | Work Phone |
|---|---|---|---|---|---|---|---|---|---|---|
| 17690 ANNCHESTER RD DETROIT MI 48219 | | | | | | | | UNKNOWN | | |

| City | | State | Zip | | Cell Phone | | Email | |
|---|---|---|---|---|---|---|---|---|
| Detroit | | MI | 48219 | | UNKNOWN | | | |

---

### Property:

**2599 - Identification Documents (passports, visas, driver's licenses, social security cards, etc) 5465**

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 65 | 65 - Identity Documents | K - Miscellaneous | | |

| Status | | Count | Value |
|---|---|---|---|
| E - Evidence (Including Other Seized Property And Tools) | | 1 | 1 |

| Description | | Disposition | Evidence Tag |
|---|---|---|---|
| False ID (sovereign Citizen) | | | |

| Recovered Date/Time | Location | Owner |
|---|---|---|
| | | [A32983396] GRAYSON, JAVAAR TYRONE |

---

**3513 - Motorcycle (not Stolen Or Recovered) 5424  [SOFOXS (12297)]**

| Property Class | IBR Type | UCR Type |
|---|---|---|
| 24 | 24 - Other Motor Vehicles | V - Other Vehicle (not Stolen or Recovered) |

| Status | | Count | Value |
|---|---|---|---|
| X - Impounded | | 1 | 1 |

| Manufacturer | Model | Serial No. | License No. | Color |
|---|---|---|---|---|
| DODGE | MAGNUM | 2D4FV48V45H113023 | DSQ5802 | |

| Vehicle Year | Body Style | | State | License Year |
|---|---|---|---|---|
| 2005 | | | MI | |

| Description | | Disposition | Evidence Tag |
|---|---|---|---|
| Gray Dodge Magnum | | | |

| Recovered Date/Time | Location | Owner |
|---|---|---|
| | | [A32983396] GRAYSON, JAVAAR TYRONE |

---

### Narrative:

**CR No: 190040970-001    Written By: SOFOXS (12297)    Date: 10/10/2019 06:05 PM**

On above listed date and time, Officer Moore and I, Officer Fox, were traveling SB Evergreen in

---

DDB003

CR No: 190040970

a semi marked squad car (#33). Once we approached SB Evergreen & 8 Mile Rd, We observed a Gray Dodge Magnum MI License plate (#DSQ5802)with tinted windows, sitting at pump #10 at the marathon gas station.

Officers verified with Southfield dispatch the License plate number which came back as a felony vehicle for Flee and Elude out of our city on 9/29/2019 (19-39271) per LEIN.

The vehicle exited the parking lot in an unknown direction, Officer Moore and I checked the immediate area for the vehicle. Officers located the vehicle EB 8 Mile at Annchester. The vehicle slowed and continued to drive SB towards Hessell, then The vehicle made a right turn and traveled WB on Hessell. At this time, we activated our overhead emergency red and blue lights, initiating a traffic stop before the vehicle came to a complete stop just East of Evergreen.

Once Officers approached the vehicle, we ordered the driver Javaar Grayson out of the vehicle with both of his hands on the back of his head. Grayson exited the vehicle without incident. He was advised his vehicle came back as a felony vehicle for flee & elude out of Southfield on 9/29/2019.

Officers asked Grayson for his identification, which he then stated his name was Grayson Bey and that he was 46 years old. Grayson failed to provided a Michigan divers license or State issued ID, claiming he was a sovereign citizen and Grayson Bey was the name he chose. Grayson did provide a false ID that stated "Grayson Bay" is a free traveler.

After searching LEIN for the name and age given with no response Grayson was placed under arrest (HC/TC/DL) for misrepresentation.
Upon arrest his person was searched revealing a Michigan drivers license (G625376802856) with the name Javaar Grayson.

Grayson's son (Ameer Grayson) was in the backseat of the vehicle and upon contact, he was placed with Officer Gorecki until his mother (Assiyah Fateen) was able to make the scene to take custody.

Disposition:

Grayson was transported to the Southfield jail where he was TOT jail staff without incident.

The arrest was reviewed by LT. Leon and bond was set at $250.

DDB004

CR No: 190040970

Vehicle was impounded by Officer Fair and removed from LEIN by 914.

The false ID was placed into evidence.

---

**CR No: 190040970-002    Written By: SOWOJCIECHOWSKIM (05276)    Date: 10/11/2019 02:28 PM**

10/11/19
Ticket issued : 248903 for false ID to a PO
Bond: 500 Personal
Magistrate McEvans
Court: 10/16/2019 @ 8:30am

---

**CR No: 190040970-003    Written By: SOPULLEND (12183)    ATTACHMENT ONLY REPORT - No Narrative**

---

**CR No: 190040970-004    Written By: SONAZIJ (11995)    ATTACHMENT ONLY REPORT - No Narrative**

---

**CR No: 190040970-005    Written By: SOWARRICKD (10902)    Date: 12/19/2019 10:52 AM**

GRAYSON, JAVAAR TYRONE

INCIDENT #:  19-40970  LINKED TO INCIDENT #:  19-39271
COURT DOCKET #:  19S248903A

CNT: 01 C/M/F: M  257324                PACC#257.324
 OPERATING - LICENSE - FORGERY/ALTERATION
 ARRAIGNMENT DATE: 10/11/19   PLEA:    N-G BY COURT   PLEA DATE: 10/11/19
 FINDINGS:  DISM BY PTY   DISPOSITION DATE: 11/13/19

# Exhibit 2

# Southfield Police Department

**Custody Receipt**

On 11/18/2019 at 12:31 pm the following item was transferred so that the current custody reads as follows: "Returned To Owner". This custody update was processed by Thomas, Margaret

Case # 19-040970

| Item # | Description |
|--------|-------------|
| 001 | Sovereign ID |
| | Serial #: NONE (FALSE ID/SOVEREIGN CITIZ |
| | Item Notes: |

Total # of Items Transferred: 1
Comments:

_____
Thomas, Margaret
**Released By**

**Released To** _____

11/18/2019 - 12:31 pm
**Date/Time**

Page 1 of 1

DDB012

| Attachments: | | | | | |
|---|---|---|---|---|---|
| File Name | File Type | Comments | Date | By | Role |
| Attachments Included In This Report: | | | | | |
| Grayson, Javaar Tyrone  11 07 1973.PDF | pdf | Arrest Jacket Grayson, Javaar Tyrone  11 07 1973 | 10/15/2019 03:40 PM | PULLEN, DONNA | RECORDS |
| 19-40970j.PDF | pdf | PROPERTY PAPERWORK | 11/20/2019 11:54 AM | NAZI, JESSICA | RECORDS |

DDB006

# Exhibit 3

19-40970

| STATE OF MICHIGAN 46th JUDICIAL DISTRICT | DISTRICT COURT REGISTER OF ACTIONS/JUDGMENT 190040970 | 19S248903A  ST  D01 |
|---|---|---|
| RI  MI-  630045J | | CASE NO. |

THE STATE OF MICHIGAN

X   V

GRAYSON/JAVAAR/TYRONE

Case assigned to:

Judge   CYNTHIA MEAGH ARVANT

Defendant name and address

GRAYSON/JAVAAR/TYRONE
18992 WESTBROOK
DETROIT          MI   48219

Date of complaint  10/10/19

Police Agency  0751

BOND HISTORY

DOB: 11/07/1973   PH:   SID:   CTN:   C8192830035

Operator's License   G625376802856  MI

Offense data  10/10/19

Ordinanace No.

Offense   T. OPERATING - LICENSE - FORGERY/ALTERATION

Charge Code   XXXXXXX   257.324

Investigating Officer (s)   81   WOJCIECHOWSKI, MICHAEL

Defense Attorney, Address, Bar #, Telephone

Prosecuting Attorney

☐ Waived          ☐ CAA

| ADJUD. DATE 1|13|19 | ☐ Add Count ☐ Add New Case | DISPOSED AT | CIRCUIT COURT |
|---|---|---|---|

PLEA
a Guilty (01)
it Resp (09)
o Contand (05)

DISPOSED AT:
☐ Arraign (AR)   ☐ Pre-Exam Conf (HD)
☐ retrial (PT)    ☐ Exam (PE)
☑ Bench Trial (TR)  ☐ VOP Hg (PV)
☐ Jury Trial (JT)  ☐ Other

CIRCUIT COURT:
Judge _____
CR# _____
Date/Time _____
46DC Rptr _____

DISPOSITION

osed by Plea - 14        ☐ Not Guilty, Judge - 05   ☐ Exam Cond/BO - 09   ☐ 333.7411 Cont Subst - DF01   ☐ Sec 771.1 Delayed Sent
osed NC Plea - 15        ☐ Not Guilty, Jury - 06       ☐ with felony   ☐ 762.14 HYTA - DF02
gment Responsible - 23   ☐ Dismissed - 08          ☐ Exam Waived/BO - 10   ☐ 769.4a Spouse Abuse Act - DF03
ity as Charged - 01      ☐ Nolle Prosequi - 25        ☐ with felony   ☐ 750.430 Pract Under Inf - DF04
ty, Added Ct - 02        ☑ Dismissed by Parties - 26  ☐ Exam Cond/Dis - 16   ☐ 436.1703 MIP - DF05   __ months
ty by Jury - 04

SENTENCE

| & Costs | Any Fees Incurred Lic Reinst Fee Late Fee 20% Penalty BW Fee NSF Fee | Pay By | Jail ☐ and ___ days ☐ or ___ days credit ___ days | ☐ work release ☐ D.R.I.V.E. ☐ D.I.P. ☐ Other:___ | Jail Alternatives ___ days ☐ WAM/WP & Fee ☐ Tether ☐ Inpatient ☐ Other___ |
|---|---|---|---|---|---|
| te Min Costs ndard F/C pend | | | | | |
| ion | POE | Comm Service ☐ In lieu of F/C ☐ Separate Cond ___ days | Immobilization ___ days start date | License Sanctions Drug Crimes Susp ___ days Rest ___ days | Bond - Change to ___ ☐ Refund ☑ Cancel ☐ Apply ☐ Continue/BO |

| OTHER PROGRAMS | OTHER COSTS/FEES | SPECIAL CONDITONS/JUDICIAL NOTES |
|---|---|---|
| im Impact Panel stance Abuse Education/Treatment Alcohol/Unprescribed Drugs ☐ Drug Testing NA at least ___ x per week nestic Violence Program d. Offender Class ☐ AB Program Contact with not drive without valid license OP er | ☐ Substance Abuse Assessment Fee (S) ☐ Victim's Rights Fee (V) ☐ Emergency Service Reimbursement $ ___ ☐ CAA Reimbursement (A) $ ___ ☐ Restitution (R) $ ___ ☐ Missed Appts (S) $ ___ ☐ PSI Assessment Fee (PBCO) ☐ Other ___ | State cannot proceed — moves to dismiss Δ may obtain his ID back from SHa PD |

BOVE CONDITIONS ARE HEREBY ORDERED. SENT DATE  11|13|19  JUDGE _____

DDB013

| State of Michigan | ORDER / JUDGMENT FOR: | Ticket / Case Number |
|---|---|---|

**State of Michigan**

**ORDER / JUDGMENT FOR:**

Ticket / Case Number: 19S248903A

**46th**
**Judicial District Court**

[X] Pretrial - Release   [ ] Custody   [ ] Sentence
[ ] Amended   [ ] Commitment to Jail   [ ] Video Arraignment

26000 Evergreen Road, Southfield, MI  48076
ORI #   MI630045J          Phone # 248.796-5880

THE PEOPLE OF
    State of Michigan  [X]
    (City, Twp, Village) [ ]

V

Defendant's Name, Address, and Telephone Number
Name   JAYAAR GRAYSON
Address
City, State, Zip
D.O.B.                    SSN#
CTN / TCN                 SID #

| Date of Arrest | Type of Arrest | Arresting Agency | Agency File No. |
|---|---|---|---|
| 10/11/19 | [ ] Civil  [X] Misdemeanor  [ ] Felony | SFPD | |

| Offense(s) | Statute/Ordinance/Citation # | Offense(s) | Statute/Ordinance/Citation # |
|---|---|---|---|
| # 1  MISREP | | # 2 | |
| # 3 | | # 4 | |
| # 5 | | # 6 | |

Purpose of Next Appearance  PT          Time of Appearance  8:30AM   Date of Appearance  10/16/19

Place of Next Appearance  [X] At the Court Address Above  [ ] Other          Bond Denied [ ]

**Type of Bond**   (Minimum Conditions Required Prior to Release)
[ ] Cash / Surety   [ ] Cash / Surety - 10% Cash   [X] Personal   Amount/Value of Bond: $ 500.00
[ ] Real Property   (Proof of Value and Interest in Real Property is Required)   [ ] Tether-(type)

**Other Bond Conditions**
1  [ ] The Defendant / Juvenile shall post a new Bond [MC 241]. Any additional conditions are specified in Item #2.
2  [X] Conditions to be specified in the Bond are:          Expiration Date:
    [X] Defendant shall appear for all Court appearances     [X] No alcohol or illicit non-prescribed drug use
    [X] Defendant may not leave the State of Michigan without permission of the Court
    [X] Defendant shall notify the Court of any address change
    [ ] Other
    See Attached Sheet [X]

**IT IS ORDERED**
[ ] Probation is revoked   [ ] Bond is revoked   [ ] Photo I.D. Required for Delayed Sentences
[ ] Defendant is sentenced to Jail as follows:

| Offense(s) | Sentenced Mos | Sentenced Days | Credited Mos | Credited Days | To Be Served Mos | To Be Served Days | Release Authorized for the Following Purpose |
|---|---|---|---|---|---|---|---|
| #1 | | | | | | | [ ] Time to Pay Fines/Costs |
| #2 | | | | | | | [ ] For School Attendance |
| #3 | | | | | | | [ ] For Medical Treatment |

[ ] Work Release Granted  (If Eligible)
[ ] Defendant ordered immediately released:  [ ] Upon Payment of:
[ ] Other:

Defendant's Signature _____     Judge / Magistrate   MCEVANS

Date:  10/11/19          Bar No.   P69877

JAIL.

DDB010

# Exhibit 4

# ARREST SLIP FOR CONFINEMENT IN SOUTHFIELD JAIL

SUBJECT'S NAME Grayson    JaVaar    Tyrone    MAIDEN:_____
              Last        First      Middle

ADDRESS: 17690 AnnChester Rd    Detroit    MI    48219
         Street                 City       State  Zip

HOME PHONE:_____    CELL PHONE: 313-404-6873

D.O.B: 2/5 11/7/73  RACE: B  SEX: M  BIRTH CITY & STATE: Refused

HGT:_____ WGT:_____ EYE:_____ HAIR:_____ GLASSES/CONTACTS:_____

OPS CODE: G625.376.802-85 STATE: MI  SOCIAL SEC #: Refused

SCARS/TATTOOS: Refused

EMERGENCY CONTACT: Refused    RELATIONSHIP:_____

ADDRESS:_____
        Street                 City       State  Zip

PHONE #:_____

DATE: 10/10/19  ARRESTING P.O.: S.Fox / D.Moore    BADGE: 70/6
                              Print Name

COMPL#: 19-40970    CHARGES: 1) MiSReP    F/M

2)_____ F/M    3)_____ F/M

4)_____ F/M    5)_____ F/M

IF SFLD WARRANTS ENTER COMPL # & ORIGINAL CHARGE BELOW:

1)_____ F/M    2)_____ F/M

3)_____ F/M    4)_____ F/M

WARRANTS OTHER AGENCIES: _____

_____

ARRESTING OFFICER'S SIGNATURE:_____

NEEDS GOOD ID OR PRINT VERIFICATION: YES  (NO)

OWI/INTOX RELEASE TIME:_____

REVIEWED BY: Lt. M L    BOND: $250.00

ORIGINAL – JAIL COPY    DUPLICATE – OFFICER COPY

DDB009

## ARREST SLIP FOR CONFINEMENT IN THE OAKLAND COUNTY JAIL

**\*\*Failure to submit required livescan documentation for NON-SHERIFF'S arrest will result in NON-ACCEPTANCE of the prisoner. This form must be completely filled out by the arresting officers of their department before leaving a prisoner at the booking desk for registration.**

**Finger Prints Taken:** Build ✓  ID/AFIS ____  NONE ____  TCN C8/2293003†

**Subject  Last:** GRAYSON  **First:** JAVAAR  **Middle:** TYRONE

**Maiden Name:** _____  **Alias:** _____

**Address:** 17690 ANNCHESTER RD  **City:** DETROIT  **State:** MI  **Zip:** 48219

**Phone:  Home:** (313) 404-6873  **Cell:** _____  **Work:** _____

**D.O.B.** 11/07/1973  **Race:** BLACK  **Sex** MALE  **Birth City** MORROCO  **Birth State:** XX

**Height:** 511  **Weight:** 180  **Eye:** BROWN  **Hair:** BLACK  **Glasses/Contacts:** NONE YES NO

**Military:** no  **SOR:** YES (NO)  **Gang:** YES (NO)  **If yes, Name:** _____

**Scars/Marks/Tattoos/Piercings:** --/--/--

**Drivers License Number:** G625376802856  **State:** MI  **Social Security #:** _____

**Emergency Contact:** REFUSED  **Relationship:** OTHER

**Address:** _____  **City:** _____  **State:** _____  **Zip:** _____

**Phone:  Home:** _____  **Cell:** _____  **Work:** _____

**Victim Name:** _____  **Relationship:** _____

**Address:** _____  **City:** _____  **State:** _____  **Zip:** _____

**Phone:  Home:** _____  **Cell:** _____  **Work:** _____

**Date:** 10/10/2019  **Arresting Agency:** SOUTHFIELD POLICE DEPT  **Officer/Badge#:** FOX 70 MOORE 6

**\*\*If OUIL arrest please complete the following:  BAC:** _____  **Time:** _____  **RPI:** YES NO TIME ____

**Property Taken At Booking:** YES NO  **Cash Taken at booking:** YES NO  **Amount:**

| Charge Type (Circle One) | F/M/O (Circle One) | Court | Circle One | Charge Description |
|---|---|---|---|---|
| Warrant / (New Charge) | F / M /(LO) (O) | 1 | Seek Wrnt / Ticket | OBSTRUCT(OTHER) |
| Warrant / New Charge | F / M / LO () | | Seek Wrnt / Ticket | |
| Warrant / New Charge | F / M / LO () | | Seek Wrnt / Ticket | |
| Warrant / New Charge | F / M / LO () | | Seek Wrnt / Ticket | |

**Incident #** 2019 190040970  **Notes:** 19-40970, S/B SO FORBES, MISREP BOND $250

**Medical Precautions:** _____

**Suicidal:** NO

**Accident:** YES NO  **Clearance:** YES NO  **Treating Hospital:** _____  *Released on DB @ 1447*

**If Vehicle was impounded please provide tow company:** _____

**Officer Signature:** _____

**Officer Printed Name** William Forbes

**OCSO Intake Officer:** _____

95-1142-AS  REV 04-2016

59881381

NC: in State pick up only



New Charge DB @ 260



RETURN RECEIPT
REQUESTED

7020 1290 0002 2716 6719

U.S. POSTAGE PAID
$8.00

11/16/20

To : United States District
Court, Clerks Office
231 West Lafayette Blvd
Detroit, MI, 48226