**INDEX OF EXHIBITS**

Exhibit 1 – *Jenkins v. Livonia Police Dep't*

Exhibit 2 – *Whittum v. Saginaw City*

Exhibit 3 – *Salaam El v. City of Dearborn*

Exhibit 4 – *Moorish Nat. Republic: Federal Gov't Moorish Divine & Nat. Movement of the World v. City of Chicago*

Exhibit 5 – *Grayson-Bey v. Hutchinson*

Exhibit 6 – *People v. Heldt*

Exhibit 7 – *People v. Kopp*

Exhibit 8 – *Lawrence v. City of Warren*

Exhibit 9 – *I Win. You Win. Irwin LLC v. Casey's Pub, Inc*