UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Grayson-Bey
Plaintiff(s),

v.

Southfield police department
officer micheal wojchielski
officer David moore
                  officer
Defendant(s). Svade fox,

Case No. 19-cv-13588

Judge Nancy G. edmunds

Magistrate Judge David R. Grand

## NOTICE OF APPEAL

Notice is hereby given that **Grayson-Bey** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☑ Order

☐ Other: _____

entered in this action on 11/16/2020.

Date: December 17, 2020

Signature: /s/ Grayson-Bey

Counsel is:

Bar No:
Firm Name (if applicable):
Address 1: 18992 westbrook st
Address 2: Detroit, MI, 48219
City, State  Zip Code:
Telephone No:
Primary Email Address:

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.

Grayson - Bey
18992 Westbrook St
Detroit, MI 48219





CERTIFIED MAIL
7020 1290 0000 9704 8092

U.S. POSTAGE PAID
DETROIT, MI
48226
DEC 22, 20
AMOUNT
$7.40

RECEIVED
JAN 07 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

The Clerks office
US District Court
231 W Lafayette Blvd
Detroit, MI, 48226

U.S. MARSHALS