UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Grayson–Bey,

                Plaintiff(s),

v.                                      Case No. 2:19–cv–13588–NGE–DRG
                                             Hon. Nancy G. Edmunds

Southfield Police Department, et al.,

                Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on January 11, 2021.

                                               KINIKIA D. ESSIX, CLERK OF COURT

                                               By: s/ S. Schoenherr
                                                    Deputy Clerk

Dated:   January 11, 2021