# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 05, 2021

Mr. David Daniel Burress
Seward Henderson
210 E. Third Street
Suite 212
Royal Oak, MI 48067

Mr. Javaar Tyrone Grayson-Bey
18992 Westbrook Street
Detroit, MI 48219

Mr. T. Joseph Seward
Seward Henderson
210 E. Third Street
Suite 212
Royal Oak, MI 48067

Re: Case No. 21-1021, *Javaar Grayson-Bey v. Southfield Police Department, et al*
Originating Case No. : 2:19-cv-13588

Dear Counsel and Mr. Grayson-Bey,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 21-1021

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JAVAAR TYRONE GRAYSON-BEY

    Plaintiff - Appellant

v.

SOUTHFIELD, MI POLICE DEPARTMENT; SWADE FOX; DAVID MOORE; MICHAEL WOJCIECHOWSKI, Officers, Southfield, MI Police Department

    Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation:

    The proper fee was not paid by October 1, 2021.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                              **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 05, 2021